FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Rene Alex Nido, Plaintiff
v.
City of Phoenix; Officer Figueroa, Badge #10771; Unknown Phoenix Police Officers (John Does 1–5); and Supervising Sergeant(s), Defendants.

Case No: **CV25-02966-PHX-GMS--DMF**

**CIVIL RIGHTS COMPLAINT**
**(42 U.S.C. § 1983)**

### I. INTRODUCTION
This is a civil rights action brought by Plaintiff Rene Alex Nido under 42 U.S.C. § 1983 against the City of Phoenix, Officer Figueroa (Badge #10771), unknown Phoenix Police Officers (John Does 1–5), and the supervising Sergeant(s) present during the incident on July 25, 2024. Plaintiff alleges violations of his constitutional rights, including excessive force, unlawful arrest, disability discrimination in violation of the Americans with Disabilities Act (ADA), and state law claims of assault and battery.

### II. JURISDICTION AND VENUE
This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1343, as this case arises under federal law, specifically 42 U.S.C. § 1983 and the ADA. The Court also has supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiff's state law claims of assault and battery. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the events giving rise to these claims occurred in Phoenix, Arizona, within the District of Arizona.

### III. PARTIES
1. Plaintiff Rene Alex Nido is a resident of Phoenix, Arizona.
2. Defendant City of Phoenix is a municipality organized under the laws of the State of Arizona, responsible for the policies, practices, and customs of the Phoenix Police Department.
3. Defendant Officer Figueroa, Badge #10771, is a sworn police officer employed by the Phoenix Police Department and is sued in his individual and official capacities.
4. Defendants John Does 1–5 are unknown Phoenix Police Officers who participated in the unlawful arrest and use of force.

5. Defendant Supervising Sergeant(s) were present on scene and are sued in their individual and official capacities.

## IV. FACTUAL ALLEGATIONS

On or about July 25, 2024, Plaintiff Rene Alex Nido was subjected to excessive force, wrongful arrest, and disability discrimination by the Phoenix Police Department. Plaintiff, who has been diagnosed with Attention Deficit Hyperactivity Disorder (ADHD), acknowledged and informed officers of his disability. Despite this, officers failed to accommodate his condition and proceeded with unnecessary force.

During the encounter, Officer Figueroa and other unknown officers assaulted and battered Plaintiff, using unreasonable force that caused rib injuries. Plaintiff was wrongfully arrested and charged under A.R.S. § 13-1203(A)(1) and A.R.S. § 13-2508(A)(3). These charges were later dismissed. The supervising Sergeant(s) present failed to intervene or prevent the misconduct, thereby enabling the constitutional violations.

Plaintiff suffered physical injuries, emotional distress, and violation of his civil rights as a direct result of Defendants' actions.

## V. CLAIMS FOR RELIEF

COUNT I – Excessive Force (Fourth Amendment, 42 U.S.C. § 1983)
Defendants, acting under color of state law, used excessive and unreasonable force against Plaintiff in violation of his Fourth Amendment rights.

COUNT II – False Arrest/Unlawful Seizure (Fourth Amendment, 42 U.S.C. § 1983)
Defendants arrested Plaintiff without probable cause, violating his Fourth Amendment rights.

COUNT III – Disability Discrimination (ADA Title II)
Defendants discriminated against Plaintiff on the basis of his disability by disregarding and failing to make reasonable accommodations for his ADHD during the encounter.

COUNT IV – Monell Claim (City of Phoenix)
The City of Phoenix maintained policies, practices, or customs that caused the violations of Plaintiff's constitutional rights, including inadequate training, supervision, and discipline of officers.

COUNT V – Assault and Battery (Arizona Law)
Defendants' conduct, including striking, physically restraining, and applying unreasonable force upon Plaintiff, constituted assault and battery under Arizona law. Plaintiff suffered physical pain and injury as a direct and proximate result.

VI. DAMAGES

As a direct and proximate result of Defendants' actions, Plaintiff suffered physical injury, emotional trauma, loss of liberty, humiliation, and pain. Plaintiff seeks compensatory damages in the amount of $10,000,000, punitive damages against the individual Defendants, and reasonable costs and attorney's fees pursuant to 42 U.S.C. § 1988.

VII. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:
a. Enter judgment in favor of Plaintiff and against Defendants;
b. Award Plaintiff compensatory damages in the amount of $10,000,000;
c. Award punitive damages against the individual Defendants;
d. Award costs and attorney's fees pursuant to 42 U.S.C. § 1988;
e. Grant such other and further relief as this Court deems just and proper.

Date: August 18, 2025

Respectfully submitted,

Rene Alex Nido
5104 E Van Buren St, Apt 1142
Phoenix, AZ 85008
Phone: 480-974-9234
Email: keep.growing777@icloud.com

## Cover Letter

Date: August 18, 2025

Clerk of the Court
United States District Court
District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St
Phoenix, AZ 85003

Re: Filing of Civil Rights Complaint – Rene Alex Nido v. City of Phoenix, et al.

Dear Clerk,

Enclosed please find my Civil Rights Complaint under 42 U.S.C. § 1983, along with an Application to Proceed In Forma Pauperis, and completed summons forms for the defendants. I respectfully request that the Complaint be filed, the summonses issued, and my Application to Proceed In Forma Pauperis reviewed.

Sincerely,

*[signature]*

Rene Alex Nido
5104 E Van Buren St, Apt 1142
Phoenix, AZ 85008
Phone: 480-974-9234
Email: keep.growing777@icloud.com